1054

[No. 6209-7-II. Division Two. January 20, 1984.]

*In the Matter of the Marriage of* KEOKI PAULO
SCOTT PUAOKALANI, *Appellant, and* SIGRID
ELEANOR PUAOKALANI, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 297387, Waldo F. Stone, J., entered February
11, 1982. *Affirmed* by unpublished opinion per Petrich,
C.J., concurred in by Petrie and Worswick, JJ.

[No. 4795-1-II. Division Two. January 20, 1984.]

WASHINGTON FEDERATION OF STATE EMPLOYEES, ET AL,
*Appellants,* v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 79-2-00543-3, Hewitt A. Henry, J.,
entered May 14, 1980. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 6156-2-II. Division Two. January 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
F. HENDRICK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81-1-00052-8, John H. Kirkwood, J.,
entered December 18, 1981. *Affirmed* by unpublished opin-
ion per Worswick, A.C.J., concurred in by Petrie and Reed,
JJ.